67696, 67697. CABALLERO et al. v. PATE (two cases).
(331 SE2d 120)

CARLEY, Judge.

In *Caballero v. Pate*, 171 Ga. App. 425 (320 SE2d 197) (1984), we reversed the judgment of the trial court. On certiorari, the Supreme Court of Georgia reversed the judgment of this court. *Pate v. Caballero*, 253 Ga. 787 (325 SE2d 375) (1985). The judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is affirmed.

*Judgment affirmed. Birdsong, P. J., and Beasley, J., concur.*

DECIDED APRIL 1, 1985.

*Michael J. Bowers, Attorney General, H. Perry Michael, First Assistant Attorney General, Carol A. Cosgrove, Senior Assistant Attorney General,* for appellants.

*Ronald W. Self, Roger H. Anderson, Samuel P. Pierce, Jr., Howell Hollis,* for appellee.